201 So.2d 869

**STATE of Louisiana**

v.

**Donald VALE.**

No. 48906.

Sept. 7, 1967.

In re: Donald Vale applying for writs of certiorari, mandamus and prohibition.

Writ refused. In view of the trial judge's return, we find no error in his judgment.

201 So.2d 869

**Hugh P. LASSEIGNE**

v.

**Wade O. MARTIN, Jr., Secretary of State, et al.**

No. 48909.

Sept. 7, 1967.

In re: Wade O. Martin, Jr., Secretary of State, et al., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.